UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EUGENIO GARCIA-CASTILLO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civ. No. 2:16–cv–1013
Crim. No. 2:15–cr–0139(4)
JUDGE MICHAEL H. WATSON
Magistrate Judge King

### ORDER

On October 25, 2016, the Magistrate Judge issued a Report and Recommendation ("R&R") pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts, recommending that this action be dismissed. R&R, ECF No. 138. Although Petitioner was advised of his right to object to that recommendation, and of the consequences of his failure to do so, no objections have been filed.

The R&R, ECF No. 138, is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255, ECF No. 137, is hereby **DISMISSED**.

MICHAEL H. WATSON, JUDGE
United States District Court